**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

FILED

FEB 15 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| __HESTER MILLER__ ) | |
| ) | |
| __551 N. 18TH. ST.__ ) | |
| ) | |
| __EAST ST. LOUIS, IL 62207__ ) | |
| ) | |
| __618-482-2051__ ) | |
| Plaintiff(s). ) | __07-125-DRH__ |
| ) | CASE NUMBER |
| VS ) | |
| ) | |
| __THE UNITED STATES__ ) | |
| ) | |
| __DEPARTMENT OF VETERANS'__ ) | |
| ) | |
| __ARMY MEDICAL CENTERS__ ) | |
| ) | |
| __CLEVELAND OHIO, ST. LOUIS,__ ) | |
| ) | |
| __MO, LITTLE ROCK ARK.__ ) | |
| ) | |
| __MEMPHIS TN.__ ) | |
| Defendant(s). ) | |

COMPLAINT

SEE 6 OF 10 THROUGH 10 OF 10

OTHER ATTACHMENTS

Amount Requested is 20,000,000.00

IF Additionl information please Contact me Hester Miller at 618-482-2051

Please accept my case after fifty years of pain and suffing I think something schould be don for me.

Think

[signature]

618-271-7571
2N Number