

REGIONAL OFFICE
ST. LOUIS, MO 63103
NOV 13 2006

HESTER MILLER
C # 20 477 331
11-13-06

    I Hester Miller am responding to VA letter dated May 22, 2006. I wish for this correspondence to be used in regards to my filing an Appeal with the issue of 60% rating for Evaluation of Duodenal ulcer, status post residual from subtotal gastrectomy, vagotomy, Bilroth II with gastrojejunostomy currently evaluated as 60% disabling. I believe the rating should be rated 100%.

The statement of the case dated 5-22-06, shows diagnoses included ACUTE PANCREATITIS, MULTIPLE ABDOMINAL PROCEDURES AND CHRONIC MILD ANEMIA, SECONDARY TO MALABSORTION OF IRON AND / OR VITAMIN B12.

These conditions are in addition to the above conditions, for a higher rating than 60%. There are no rating / compensation payment for the listed additional condition and they are the result from the Bilroth II. Then you go on to show a diagnosis of pancreatitis was given (should be known as chronic pancreatitis), and I continue to vomit small amounts which decrease within few days. You also show I were seen for chest tightness, an assessment of atypical chest pain was given. I have advised you, the emeregency room given the diagnoses of atypical chest pain and to continue taking medication. However, Dr. Banerjee explain the chest pain came from my Bilroth II condition. (See 21-4138 dated 8-29-06), it mention your VA Form 21-6789 (Deferred Rating Decision) explaining, I were advising you in regards to my NOD / appeal for an increase in the evaluation of my request for an increase in my rating of 60% the atypical chest pain is a condition from the Bilroth II condition.

Please be advised, my conditions listed above came from my first surgery in 1968 that resulted into the Bilroth II and have continue. YOU ARE TALKING ABOUT A TOTAL OF 38 YEARS OF CONTINUE PAIN, SUFFERING, AND MULTIPLE SURGERY. My condition have never gotten better since the surgery in 1968 and I continue to suffer. My left arm condition is the result from my Bilroth II surgery condition. My missing gallbladder is noted in my records, the result from my Bilroth II surgery. My records shows all the mention conditions, yet I have to prove, I should be rated at 100%. I should also be rated with special compensation. Where is the duty to assist and advise me of all conditions I should be rated for. My records show how the Bilroth II condition gave me Bile reflux (nice way to say it) and the doctors left the condition as it was. However, you can only say VA examiner stated you do not exhibit clinical features of severe malnutrition and do not appear cachetic or malnourished. It is the BLESSNG OF THE LORD, I AM NOT MALNOURISHED, IT IS THE BLESSING OF THE LORD I DID NOT DIE FROM THE POSION / SLUDGE IN MY BODY. You mention that recent treatment reports show continue symptom of dumping syndrome, reflux disease, abdominal cramps and burning in the stomach. Please be advise, these conditions are connected to the Bilroth II, then you stated my **(CHRONIC) pancreatitis** is noted to be stable, chronic is the opposite of acute. Malabsorption: my records shows I have a

Exhibit B

disorder or inadequate absorption of nutrients from the intestinal tract, that is why I am taking B12, you must have forgotton, I wear depends, again your statement above show recent treatment reports show continue symptom of dumpng reflux disease, <u>**ABDOMINAL CRAMPS AND BURNING INTO THE STOMACH, NOT TO MENTION THE ATYPICAL CHEST PAIN.**</u> I believe an error have been made in the rating of 60%, it should be rated at 100%.

Sincerely

*[signature]*

Hester Miller C# 20 477 331

RECEIVED
VA REGIONAL OFFICE
ST LOUIS, MO 63103
NOV 13 2008